In re:  Case No. 25-30558-HLB
Virginia Del Carmen Meraza-Santos  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3     User: admin     Page 1 of 2
Date Rcvd: Jan 06, 2026     Form ID: pdfntcal     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Virginia Del Carmen Meraza-Santos, 424 Congo Street, San Francisco, CA 94131-3111 |
| cr | + | Del Toro Loan Servicing, Inc., c/o Law Office of Alyssa B. Klausner, Attn: Alyssa B. Klausner, Esq., 30101 Agoura Court, Suite 238, Agoura Hills, CA 91301-4321 |
| 15839814 | | City and County of San Francisco Tax Collector, P.O. Box 7027, San Francisco, CA 94120-7027 |
| 15781341 | + | Del Toro Loan Servicing, Inc., Alyssa B. Klausner, Esq., 30101 Agoura Court, Suite 238, Agoura Hills, CA 91301-4321 |
| 15781342 | + | Del Toro Loan Servicing, Inc., by Total Lending Solutions, Inc., 10505 Sorrento Valley Road, Suite 125, San Diego, CA 92121-1623 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jan 07 2026 01:14:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 07 2026 01:15:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: itcdbg@edd.ca.gov | Jan 07 2026 01:14:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15781339 | | Email/Text: USCBNotices@cdtfa.ca.gov | Jan 07 2026 01:15:00 | California Department of Tax and Fee, PO Box 942879, Sacramento, CA 94279-0001 |
| 15781340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 01:19:29 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 15781343 | + | Email/Text: itcdbg@edd.ca.gov | Jan 07 2026 01:14:00 | EDD, C/O Bankruptcy Group MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| 15792489 | | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 07 2026 01:15:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 15781344 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jan 07 2026 01:15:00 | Franchise Tax Board, PO Box 942867, Sacramento, CA 94267-0001 |
| 15781345 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2026 01:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15791287 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 07 2026 01:13:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15781346 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 07 2026 01:19:20 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15807489 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2026 01:18:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15781347 | | Email/Text: BankruptcyNotices@pods.com | Jan 07 2026 01:15:00 | PODS Moving & Storage, 13535 Feather Sound Drive, Clearwater, FL 33762-2259 |

| 15781349 | Email/Text: USACAN.BK-Notice@usdoj.gov | | |
|---|---|---|---|
| | | Jan 07 2026 01:13:00 | United States Attorney's Office, Attn: Chief Tax Division, 450 Golden Gate Ave. 10th, San Francisco, CA 94102 |
| 15781348 | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | | |
| | | Jan 07 2026 01:13:00 | U.S. Attorney General, Civil Trial Sec. Western, PO Box 683 Ben Franklin, Washington, DC 20044 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2026    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa B. Klausner | on behalf of Creditor Del Toro Loan Servicing Inc. abk@sghoalaw.com |
| Brisa C. Ramirez | on behalf of Trustee David Burchard brisar@burchardtrustee.com |
| David Burchard | TESTECF@burchardtrustee.com dburchard13@ecf.epiqsystems.com;trusteeCANB1B@ecf.epiqsystems.com |
| E. Vincent Wood | on behalf of Debtor Virginia Del Carmen Meraza-Santos general@shepwoodlaw.com Wood.E.V.B@notify.bestcase.com |
| James A. Shepherd | on behalf of Debtor Virginia Del Carmen Meraza-Santos general@shepwoodlaw.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re: VIRGINIA DEL CARMEN MERAZA-SANTOS        Case No.: 25-30558 HLB

    Debtor(s)

**DAVID BURCHARD CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE**

DAVID BURCHARD, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1) prior to his retirement. The trustee declares as follows:

1) The case was filed on 07/16/2025.
2) The plan was confirmed on 11/21/2025.
3) The plan may or may not have been modified by order after confirmation pursuant to 11 U.S.C Section 1329.
4) The trustee may or may not have filed action to remedy default by the debtor in performance under the plan.
5) The case remains active and open.
6) Number of months from filing or conversion to latest payment: 5.
7) Number of months case has been pending: 6.
8) Total value of assets abandoned by court order: NA
9) Total value of assets exempted: NA
10) Amount of unsecured claims discharged without full payment: NONE TO DATE
11) All checks distributed by the trustee relating to this case MAY HAVE or MAY NOT HAVE cleared the bank.
12) Balance on hand as of the date of this report: .00

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $600.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | **$600.00** |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $540.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $60.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$600.00** |
| Attorney fees paid and disclosed by debtor: | $1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY AND COUNTY OF SAN FRANCISCO | Unsecured | NA | 84.81 | 84.81 | .00 | .00 |
| DEL TORO LOAN SERVICING INC | Secured | 674,627.00 | 695,451.02 | 695,451.02 | .00 | .00 |
| DEL TORO LOAN SERVICING INC | Secured | NA | .00 | .00 | .00 | .00 |
| DEPARTMENT OF THE TREASURY, IRS | Priority | 9,712.18 | 9,712.18 | 9,712.18 | .00 | .00 |
| DEPARTMENT OF THE TREASURY, IRS | Unsecured | 25,460.72 | 25,460.72 | 25,460.72 | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 3,732.17 | 3,732.17 | 3,732.17 | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | 751.45 | 751.45 | 751.45 | .00 | .00 |
| JPMORGAN CHASE BANK NA | Unsecured | 17,801.00 | 17,201.89 | 17,201.89 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 692.00 | 734.00 | 734.00 | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | NA | 2,756.13 | 2,756.13 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: VIRGINIA DEL CARMEN MERAZA-SANTOS      Case No.: 25-30558 HLB

         Debtor(s)

## DAVID BURCHARD CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT OF RETIRING TRUSTEE

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PODS MOVING AND STORAGE | Secured | 1,500.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 695,451.02 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 695,451.02 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 13,444.35 | .00 | .00 |
| **TOTAL PRIORITY:** | 13,444.35 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 46,989.00 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $600.00 | |
| Disbursements to Creditors: | $.00 | |
| **TOTAL DISBURSEMENTS:** | | $600.00 |

13) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests an order be entered that approves this final report and account of retiring trustee and discharges the trustee and grants such other relief as may be just and proper.

Date: 01/02/2026        By: /s/DAVID BURCHARD
                                                                    Trustee