JAMES A. SHEPHERD SBN 264400
E. VINCENT WOOD SBN 297132
**SHEPHERD & WOOD LLP**
2950 Buskirk Avenue, Suite 300
Walnut Creek, CA 94597
Tel (925) 954-7554
Fax (925) 281-2341
Email: general@shepwoodlaw.com

Counsel for Debtor
VIRGINIA DEL CARMEN MERAZA-SANTOS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

VIRGINIA DEL CARMEN MERAZA-SANTOS,

Debtor.

Case. No. 25-30558 HLB

Chapter 13

**CERTIFICATE OF SERVICE**

    I, Gina Morris-Coonley, state that I am over the age of eighteen years and not a party to the within action; that my business address is Shepherd & Wood LLP, 2950 Buskirk Ave, Suite 300, Walnut Creek, CA 94597; and that on the date indicated below, I caused to be served the attached, court-filed

    <u>*RENEWED*</u> **NOTICE OF HEARING ON MOTION FOR ENTRY OF ORDER MODIFYING CHAPTER 13 PLAN**,

on the below-named in this action by placing a true and correct copy thereof enclosed in a sealed envelope with First Class postage prepaid in the United States Mail at Ukiah, California, addressed as follows:

                       **SEE ATTACHED SERVICE LIST**.

    The Chapter 13 trustee and all others entitled to electronic notices in this case were served with the same document electronically through the court's ECF system at the time of filing, in accordance with applicable law.

    Executed at Ukiah, California on February 3, 2026. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                                      /s/ Gina Morris-Coonley

# SERVICE LIST

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

Del Toro Loan Servicing, Inc.
c/o Law Office of Alyssa B. Klausner
Attn: Alyssa B. Klausner, Esq.
30101 Agoura Court, Suite 238
Agoura Hills, CA 91301-4321

California Department of Tax and Fee
PO Box 942879
Sacramento, CA 94279-0001

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179-0046

City and County of San Francisco Tax Collect
P.O. Box 7027
San Francisco, CA 94120-7027

Del Toro Loan Servicing, Inc.
by Total Lending Solutions, Inc.
10505 Sorrento Valley Road, Suite 125
San Diego, CA 92121-1623

EDD
C/O Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203-4774

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PODS Moving & Storage
13535 Feather Sound Drive
Clearwater, FL 33762-2259

(p)U S  DEPARTMENT OF JUSTICE TAX DIVISION
CIVIL TRIAL SECTION WESTERN REGION
P O BOX 683
WASHINGTON DC 20044-0683